# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 16, 2001

Before

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,*<br><br>No. 00-3977   v.<br><br>DUANE A. DUVALL,<br>*Defendant-Appellant.* | ] Appeal from the United States<br>] District Court for the Southern<br>] District of Indiana, Evansville<br>] Division.<br>]<br>] No. 99 CR 35<br>]<br>] Richard L. Young,<br>]       *Judge.* |

**ORDER**

The opinion issued on November 14, 2001, in the above case is amended to read as follows:

On page 8, line 3, the reference to "§ 851(b)(1)(C)" should now read "§ 841(b)(1)(C)".